RECEIVED
DEC 1 1 2017
U.S. District Court
Eastern District of MO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## EASTERN _____ DIVISION

JOHN CUTTS

(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

THE COUNTY OF ST. LOUIS, MISSOURI

Case No. _____
(To be assigned by Clerk of District Court)

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the <u>complaint</u> include the names of **all** the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

## COMPLAINT

I.  State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

1) 42 U.S.C., SECTION 1983
2) DUE PROCESS RIGHT VIOLATION (14th Amendment)

II. Plaintiff, JOHN CUTTS resides at

<u>6221 GARFIELD AVENUE</u>, <u>BERKELEY</u>, <u>ST LOUIS</u>,
street address                     city            county

<u>MISSOURI</u>, <u>63134</u>, <u>314-828-8250</u>.
state        zip code   telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, ST. LOUIS COUNTY lives at, or its business is located at

<u>41 SOUTH CENTRAL AVENUE</u>, <u>CLAYTON</u>, <u>ST. LOUIS</u>,
street address                     city            county

<u>MISSOURI</u>, <u>63105</u>.
state        zip code

(if more than one defendant, provide the same information for each defendant below)

IV.  Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

```
POLICYMAKERS IN THE POLITICAL SUBDIVISION OF ST LOUIS COUNTY, BY NOT FOLLOWING
THE APPLICABLE PROCEDURES SET OUT IN THE MISSOURI REVISED STATUTES(RSMo), ARE
CAUSING ME GREAT STRESS, FEAR, EMBARRASSMENT AND LOST OPPORTUNITIES BY VIOLATING
MY RIGHTS SUPPOSEDLY SECURED BY THE U.S CONSTITUTION AND LAWS.
ON 11/20/2014, I WAS SENTENCED TO 5 YEARS OF PROBATION FOR FAILURE TO MAKE ENOUGH
CHILD SUPPORT PAYMENTS, VIOLATING RSMo 568.040. ON 8/2/2016, THE MISSOURI BOARD
OF PROBATION AND PAROLE(MBPP) NOTED THAT I WAS SCHEDULED TO BE RELEASED FROM
PROBATION ON 6/2/2017 FOR EARNED COMPLIANCE, IF I REMAINED IN COMPLIANCE WITH THE
TERMS OF MY PROBATION AS DEFINED IN RSMo 217.703.  YET, AS I REMAINED IN
COMPLIANCE, PRIOR TO MY DISCHARGE DATE, THE COURT SUSPENDED MY PROBATION AND THE
SUSPENSION REMAINS IN EFFECT TO THIS DAY. ON 9/8/2017, I FILED A MOTION IN THE
CIRCUIT COURT OF ST. LOUIS COUNTY (THE COURT) REQUESTING TO BE DISCHARGED FROM
PROBATION ON THE GROUNDS JUST STATED, OR TO HAVE THE MATTER HEARD BY THE COURT.
NOT ONLY DID THE MOTION GO UNOPPOSED, IT WAS ALSO NOT RESPONDED TO BY THE COURT.
MEANWHILE, MY FREEDOMS AND OPPORTUNITIES REMAIN CONFINED. FOR EXAMPLE, I BELIEVE
THAT IT WAS IN  EARLY SEPTEMBER 2017 THAT I HAD A JOB INTERVIEW SCHEDULED AT MR.
TRANSMISSION IN DECATUR, GEORGIA, SO I CALLED AND SPOKE WITH MY PROBATION
OFFICER, RAY MORALES.  HE SAID THAT HE HAD NO AUTHORITY TO SEE ME, BUT THAT HE
WOULD REACH OUT TO THE COURT FOR CLARIFICATION ABOUT MY SITUATION AND GET BACK
WITH ME. HE NEVER GOT BACK TO ME. ON 12/8/2017 I CALLED AGAIN AND SPOKE WITH
PROBATION OFFICER, RAY MORALES, THIS TIME SEEKING HIS PERMISSION TO ACCEPT A
BIRTHDAY GIFT FROM MY MOTHER, WHICH WAS FOR A VACATION TIME SHARE OUT OF THE
STATE.  HE EXPRESSED TO ME THAT HE WAS BAFFLED BY MY SITUATION, AND THAT HE WOULD
IMMEDIATELY REACH OUT TO THE COURT AGAIN FOR CLARIFICATION, AND GET RIGHT BACK TO
ME. AGAIN, HE DID NOT.
     I WOULD LIKE TO STATE ALSO THAT PRIOR TO MY SCHEDULED DISCHARGE DATE OF
6/2/2017, MY PROBATION OFFICER WAS ABLE TO GIVE ME A TRAVEL PERMIT, AND DID SO,
FOR ME TO TRAVEL TO CEDAR RAPIDS, IOWA, FOR A TRUCK DRIVER TRAINING AND
EMPLOYMENT OPPORTUNITY WITH A COMPANY BY THE NAME OF CRST. WHILE I WAS IN IOWA AT
THE TRAINING PROGRAM, I WAS KICKED OUT AFTER I TOLD THE COMPANY I NEEDED TO BE IN
ST. LOUIS FOR A PROBATION VIOLATION HEARING THAT WAS SCHEDULED AFTER ST. LOUIS
COUNTY PROSECUTING ATTORNEY KRISTEN WOOD MOTIONED THE COURT ON 3/6/2017 TO REVOKE
MY PROBATION FOR "FAILING TO MAKE A PAYMENT SINCE 9/29/2016" AND MAKING "ONLY 2
PAYMENTS IN THE PREVIOUS 6 MONTHS". THAT WAS DESPITE THE FACT THAT MISSOURI CHILD
SUPPORT ENFORCEMENT RECORDED THAT I MADE 15 CHILD SUPPORT PAYMENTS BETWEEN
9/29/2016 AND 3/6/2017. WHILE I STOOD IN FRONT OF THE JUDGE ON 6/15/2017, THE
PROSECUTOR KRISTEN WOOD SAID TO ME THAT HER AND THE JUDGE HAD DISCUSSED OPTIONS
ON HOW TO MOVE FORWARD WITH MY CASE, INCLUDING ALLOWING ME TO NOT HAVE TO CHECK
IN WITH MY PROBATION OFFICER ANYMORE, IF I AGREED TO OTHER TERMS. THE JUDGE MADE
A GESTURE TO THE PROSECUTOR TO STOP TALKING AND THE PROSECUTOR IMMEDIATELY DID
SO. THAT MOMENT MADE ME FEEL AS IF THE JUDGE AND THE PROSECUTOR WERE WORKING
TOGETHER TO DEPRIVE ME OF KNOWLEDGE OR SOMETHING ELSE.  IN ANY EVENT, AT THAT
TIME THE PROBATION VIOLATION HEARING WAS SCHEDULED FOR 7/31/2017, AND ON
7/21/2017 THE PROSECUTOR WITHDREW THE MOTION TO REVOKE MY PROBATION. AT THAT TIME
I FELT THAT THINGS WERE GOING IN THE RIGHT DIRECTION UNTIL ON 11/22/2017 ANOTHER
PROSECUTOR FILED A MOTION TO REVOKE.
     BECAUSE OF BEING A VICTIM OF BIAS AND UNLAWFUL PROCEDURE BY THOSE IN
POSITIONS OF POWER AT THE COUNTY EVIDENCED BY SUSPENDING MY PROBATION BASED ON
FALSE INFORMATION THAT WAS LATER WITHDRAWN, WHILE THE SUSPENSION REMAINED IN
EFFECT; BY EXTENDING MY PROBATION SUSPENSION WITHOUT CAUSE, AND NOT ALLOWING ME
TO BE HEARD; AND NOT RESPONDING TO MY MOTION FOR DISCHARGE; AND NOT BEING
RELEASED FROM PROBATION AS SCHEDULED AS SET OUT BY STATE STATUTE AND THE MISSOURI
BOARD OF PROBATION AND PAROLE, I BELIEVE MY DUE PROCESS RIGHTS HAS BEEN VIOLATED
BY THE DEFENDANT, CAUSING ME GREAT FEAR, LOST OPPORTUNITIES, MENTAL ANGUISH AND
EMOTIONAL DISTRESS.
```

V. Relief: State briefly and exactly what you want the Court to do for you.

IF THE COURT DETERMINES THAT THE DEFENDANT'S ACTIONS ARE WRONG, AND HAS THE AUTHORITY TO DO SOMETHING ABOUT IT, I PRAY THAT THE COURT DOES SO. I PRAY THAT THE COURT PROTECTS ME ~~FROM~~ FROM BEING A VICTIM OF UNLAWFUL POLICIES AND PROCEDURES THAT COULD RESULT IN FURTHER DAMAGE.

VI. **MONEY DAMAGES:**

**A)** Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]       NO [ ]

**B)** If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

I PREFER THAT THE COURT MAKE THIS DECISION, BECAUSE I DO NOT HAVE ENOUGH KNOWLEDGE OR EXPERIENCE TO DETERMINE A VALUE. YES, I BELEIVE I HAVE ACTUAL DAMAGES RESULTING FROM LOST OPPORTUNITIES. I ALSO BELIEVE IN PUNITIVE DAMAGES BECAUSE OF SUCH STRONG FEELINGS OF HELPLESSNESS, FEAR OF LOSING EVERYTHING AND EMBARASSMENT OF NOT BEING ABLE TO ACCEPT A GIFT FROM MY MOTHER.

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]       NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10 day of DECEMBER, 20 17

_/s/ John R. [signature]_
Signature of Plaintiff(s)

4